# United States District Court
# For The Western District of North Carolina
# Statesville Division

JENNIFER C. CALDWELL,

    Plaintiff(s),

vs.

MICHAEL J. ASTRUE,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV163

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 2, 2011, Order.

Signed: December 2, 2011

Frank G. Johns, Clerk
United States District Court